**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 26-1028**

―――――――――――

ROGER ALAN CONNELL,

        Plaintiff - Appellant,

    v.

DUKE ENERGY; LYNN GOOD; MAX,

        Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:25-cv-00025-TDS-JLW)

―――――――――――

Submitted:  May 28, 2026                Decided:  June 2, 2026

―――――――――――

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Roger Alan Connell, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Alan Connell seeks to appeal the district court's text order directing him to prepare and deliver a corrected summons to the clerk's office for service of his complaint on Defendant and denying his motions for an attorney to file documents for him and for appointment of an interpreter.[*]  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Connell seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Connell has also filed a motion to extend the statute of limitations and for a protective order.  We deny all pending motions.